# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENNY JAMES CROSBY,** | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | ) C.A. NO. 05-94 ERIE |
| | ) |
| **WARDEN JAMES VESHECCO, et al.,** | ) |
|     **Respondents.** | ) |

# **ORDER**

**AND NOW**, this _____ day of __September__, 2005, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time to File and Answer to the Writ of Habeas Corpus, it is **ORDERED, ADJUDGED** and **DECREED** that the extension is granted for a period of 60 days from the date of this Order.

 

_____
Susan Paradise Baxter
U.S. Magistrate Judge