In the Court of Common Pleas of     Erie     County, Pennsylvania
**DOMESTIC RELATIONS SECTION**

Diane Pullium : Docket Number NS98820402
        Plaintiff :
Vs. : PACSES Case Number 199003833
Benny J. Crosby :
        Defendant :

## Order

**AND NOW** to wit, this 4th day of May, 2004, after hearing, it is hereby Ordered that the defendant, Benny J. Crosby, is in contempt of court for his failure to:

☒ pay support     ☐ appear     ☐ report changes in employment/address

☐ respond to notices of non-compliance     ☐ participate in T.E.P.

☐ pay medical as ordered     ☐ other:

**AND** shall be incarcerated in the Erie County Prison for a period of six (6) months or pay a purge in the amount of $628.34. Incarceration sentence is suspended provided the defendant makes a lump sum arrears payment of $300.00 by 4:00 p.m. today, $300.00 by 05/18/04; $250.00 by 06/18/04 and $250.00 by 07/16/04, **as well as pay the regular monthly support obligation of $30.00 on time.**

**IT IS SO ORDERED**, should the defendant fail to pay on the dates as ordered, he shall report to the Erie County Sheriffs Department on the following date(s): 05/04/04, 05/18/04, 06/18/04 or 07/16/04 for incarceration in the Erie County Prison for a period of six (6) months, or a purge of $628.34. Should the defendant fail to appear as ordered, a bench warrant will be issued imposing the sanctions of this order. Should the defendant be incarcerated, he shall be eligible for furlough providing he maintains support payments, participates in the Parent's Workshop and complies with the rules and regulations of the Work Release Program for a period of 60 days.

**IT IS FURTHER ORDERED**, the defendant shall pay $50.00 in contempt fees and all costs outstanding. All court ordered lump sum payments, fees, and/or purges are payable to PASCDU at the Erie County Domestic Relations Section payment window, Erie County Courthouse, 140 West Sixth St, RM 6, Erie PA.

**BY THE COURT:**

_____
Michael E. Dunlavey     **JUDGE**

**APPEARANCES:**

☐ Plaintiff     ☒ Defendant     ☐ Plaintiff's Attorney     ☐ Defendant's Attorney

Service Type M                                             *revised 080703*

**A TRUE COPY AS FILED:**

ATTEST _Beverly Blose_
DRS DEPUTY CLERK
MY COMMISSION EXPIRES 1/5/2009

In the Court of Common Pleas of      Erie      County, Pennsylvania
DOMESTIC RELATIONS SECTION

Dianna Johnson
      Plaintiff

Vs.

Benny J. Crosby
      Defendant

: Docket Number NS901163
:
: PACSES Case Number 394003808
:
:

## Order

**AND NOW** to wit, this 4th day of May, 2004, after hearing, it is hereby Ordered that the defendant, Benny J. Crosby, is in contempt of court for his failure to:

- [x] pay support
- [ ] appear
- [ ] report changes in employment/address
- [ ] respond to notices of non-compliance
- [ ] participate in T.E.P.
- [ ] pay medical as ordered
- [ ] other:

AND shall be incarcerated in the Erie County Prison for a period of six (6) months, consecutive to NS820402/199003833, or pay a purge in the amount of $3,286.75. Incarceration sentence is suspended provided the defendant makes a lump sum arrears payment of $300.00 by 4:00 p.m. today, $300.00 by 05/18/04; $250.00 by 06/18/04 and $250.00 by 07/16/04, **as well as pay the regular monthly support obligation of $230.00 on time.**

**IT IS SO ORDERED,** should the defendant fail to pay on the dates as ordered, he shall report to the Erie County Sheriffs Department on the following date(s): 05/04/04, 05/18/04, 06/18/04 or 07/16/04 for incarceration in the Erie County Prison for a period of six (6) months, consecutive to NS820402/199003833, or a purge of $3,286.75. Should the defendant fail to appear as ordered, a bench warrant will be issued imposing the sanctions of this order. Should the defendant be incarcerated, he shall be eligible for furlough providing he maintains support payments, participates in the Parent's Workshop and complies with the rules and regulations of the Work Release Program for a period of 60 days.

**IT IS FURTHER ORDERED,** the defendant shall pay $50.00 in contempt fees and all costs outstanding. All court ordered lump sum payments, fees, and/or purges are payable to PASCDU at the Erie County Domestic Relations Section payment window, Erie County Courthouse, 140 West Sixth St, RM 6, Erie PA.

BY THE COURT:

_____
Michael E. Dunlavey    JUDGE

**APPEARANCES:**

- [x] Plaintiff
- [x] Defendant
- [ ] Plaintiff's Attorney
- [ ] Defendant's Attorney

Service Type M

*revised 080703*

In the Court of Common Pleas of          Erie          County, Pennsylvania
DOMESTIC RELATIONS SECTION

Sandra Jordan                                                : Docket Number NS932458
        Plaintiff                                  :
Vs.                                                          : PACSES Case Number 969003800
Benny J. Crosby                                              :
        Defendant                                  :

### Order

**AND NOW** to wit, this 4th day of May, 2004, after hearing, it is hereby Ordered that the defendant, Benny J. Crosby, is in contempt of court for his failure to:

☑ pay support     ☐ appear     ☐ report changes in employment/address

☐ respond to notices of non-compliance     ☐ participate in T.E.P.

☐ pay medical as ordered     ☐ other:

AND shall be incarcerated in the Erie County Prison for a period of six (6) months, consecutive to NS901163/394003808, or pay a purge in the amount of $1,328.43. Incarceration sentence is suspended provided the defendant makes a lump sum arrears payment of $300.00 by 4:00 p.m. today, $300.00 by 05/18/04; $250.00 by 06/18/04 and $250.00 by 07/16/04, **as well as pay the regular monthly support obligation of $65.00 on time.**

**IT IS SO ORDERED,** should the defendant fail to pay on the dates as ordered, he shall report to the Erie County Sheriffs Department on the following date(s): 05/04/04, 05/18/04, 06/18/04 or 07/16/04 for incarceration in the Erie County Prison for a period of six (6) months, consecutive to NS901163/394003808 or a purge of $1,328.43. Should the defendant fail to appear as ordered, a bench warrant will be issued imposing the sanctions of this order. Should the defendant be incarcerated, he shall be eligible for furlough providing he maintains support payments, participates in the Parent's Workshop and complies with the rules and regulations of the Work Release Program for a period of 60 days.

**IT IS FURTHER ORDERED,** the defendant shall pay $50.00 in contempt fees and all costs outstanding. All court ordered lump sum payments, fees, and/or purges are payable to PASCDU at the Erie County Domestic Relations Section payment window, Erie County Courthouse, 140 West Sixth St, RM 6, Erie PA.

BY THE COURT:

_Michael E. Dunlavey_      **JUDGE**

APPEARANCES:

☐ Plaintiff      ☑ Defendant      ☐ Plaintiff's Attorney      ☐ Defendant's Attorney

Service Type M

*revised 080703*

In the Court of Common Pleas of    Erie    County, Pennsylvania
DOMESTIC RELATIONS SECTION

Erie County Children & Youth                         : Docket Number NS982214
    Plaintiff                                                  :
Vs.                                                           : PACSES Case Number  599003830
Benny J. Crosby                                       :
    Defendant                                              :

### Order

AND NOW to wit, this  4th day of May, 2004, after hearing, it is hereby Ordered that the defendant, Benny J. Crosby, is in contempt of court for his failure to:

☑ pay support    ☐ appear    ☐ report changes in employment/address

☐ respond to notices of non-compliance    ☐ participate in T.E.P.

☐ pay medical as ordered    ☐ other:

AND shall be incarcerated in the Erie County Prison for a period of six (6) months, consecutive to 969003800 ~~NS951610/535003875~~ NS932458, or pay a purge in the amount of $1,350.96. Incarceration sentence is suspended provided the defendant makes a lump sum arrears payment of $300.00 by 4:00 p.m. today, $300.00 by 05/18/04; $250.00 by 06/18/04 and $250.00 by 07/16/04, **as well as pay the regular monthly support obligation of $86.67 on time.**

**IT IS SO ORDERED,** should the defendant fail to pay on the dates as ordered, he shall report to the Erie County Sheriffs Department on the following date(s): 05/04/04, 05/18/04, 06/18/04 or 07/16/04 for incarceration in the Erie County Prison for a period of six (6) months, consecutive to NS951610/535003875, or a purge of $1,350.96. Should the defendant fail to appear as ordered, a bench warrant will be issued imposing the sanctions of this order. Should the defendant be incarcerated, he shall be eligible for furlough providing he maintains support payments, participates in the Parent's Workshop and complies with the rules and regulations of the Work Release Program for a period of 60 days.

**IT IS FURTHER ORDERED,** the defendant shall pay $50.00 in contempt fees and all costs outstanding. All court ordered lump sum payments, fees, and/or purges are payable to PASCDU at the Erie County Domestic Relations Section payment window, Erie County Courthouse, 140 West Sixth St, RM 6, Erie PA.

BY THE COURT:

_____
Michael E. Dunlavey    JUDGE

APPEARANCES:

☐ Plaintiff    ☑ Defendant    ☐ Plaintiff's Attorney    ☐ Defendant's Attorney

Service Type M

*revised 080703*

In the Court of Common Pleas of     Erie     County, Pennsylvania
**DOMESTIC RELATIONS SECTION**

Tatanisha Pullium                               : Docket Number NS982282
       Plaintiff                                   :
Vs.                                                 : PACSES Case Number  753004048
Benny J. Crosby                              :
       Defendant                              :

### Order

    **AND NOW** to wit, this   4th day of May, 2004,       after hearing, it is hereby Ordered that the defendant, Benny J. Crosby, is in contempt of court for his failure to:

☑ pay support      ☐ appear      ☐ report changes in employment/address

☐ respond to notices of non-compliance      ☐ participate in T.E.P.

☐ pay medical as ordered      ☐ other:

**AND** shall be incarcerated in the Erie County Prison for a period of six (6) months, consecutive to NS982214/599003830, or pay a purge in the amount of $658.07.  Incarceration sentence is suspended provided the defendant makes a lump sum arrears payment of $300.00 by 4:00 p.m. today, $300.00 by 05/18/04; $250.00 by 06/18/04 and $250.00 by 07/16/04, **as well as pay the regular monthly support obligation of $22.00 on time.**

**IT IS SO ORDERED,** should the defendant fail to pay on the dates as ordered, he shall report to the Erie County Sheriffs Department on the following date(s): 05/04/04, 05/18/04, 06/18/04 or 07/16/04 for incarceration in the Erie County Prison for a period of six (6) months, consecutive to NS982214/599003830, or a purge of $658.07.  Should the defendant fail to appear as ordered, a bench warrant will be issued imposing the sanctions of this order.  Should the defendant be incarcerated, he shall be eligible for furlough providing he maintains support payments, participates in the Parent's Workshop and complies with the rules and regulations of the Work Release Program for a period of 60 days.

**IT IS FURTHER ORDERED,** the defendant shall pay $50.00 in contempt fees and all costs outstanding.  All court ordered lump sum payments, fees, and/or purges are payable to PASCDU at the Erie County Domestic Relations Section payment window, Erie County Courthouse, 140 West Sixth St, RM 6, Erie PA.

                                        **BY THE COURT:**

                                        _____
                                        Michael E. Dunlavey      **JUDGE**

**APPEARANCES:**

☑ Plaintiff             ☑ Defendant            ☐ Plaintiff's Attorney        ☐ Defendant's Attorney

Service Type M                                                                                                     *revised 080703*

(Stamp: DOMESTIC RELATIONS SECTION, ERIE, PENNSYLVANIA, 2004 MAY 26 P 3)