```
PACSES - PRO
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]    DHIS         Docket History          TACCONJA   09/27/05  09:52

COUNTY:       25   ERIE
DOCKET NUM:   NS901163                    Multiple Cases:  N
  Date    Code    Description              Judge                              Worker
  Case ID:        Plaintiff                Defendant         Category         Status
04/08/05  MISC   MISC DOCKET ENTRY         JUDGE MICHAEL DUNLAVEY             25426
394003808        JOHNSON, DIANNA           CROSBY, BENNY J.        S          O
ORDER: AND NOW, TOWIT, THIS 8TH DAY OF APRIL, 2005, THE COURT WAS PRESENTED
WITH AN AMENDED MOTION TO APPEAL CONTEMPT CONVICTION NUNC PRO TUNC BY THE


04/08/05  MISC   MISC DOCKET ENTRY                                            25426
394003808        JOHNSON, DIANNA           CROSBY, BENNY J.        S          O

MISCELLANEOUS DOCKETING TEXT - ERROR



03/08/05  E072   FINAL ORDER                                                  GAM
394003808        JOHNSON, DIANNA           CROSBY, BENNY J.        S          O
FINAL ORDER - MODIFICATION AGREEMENT


S--#0003 COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]
```

```
PACSES - PR...                                                          _ □ ×
File  Field Options  Help  Navigation Menu  PACSES Help

   Func: [        ]         DHIS          Docket History        TACCONJA    09/27/05   09:53

   COUNTY:          [25]  ERIE
   DOCKET NUM:   [NS901163]                              Multiple Cases:  [N]
     Date    Code        Description              Judge                         Worker
   Case ID:              Plaintiff                Defendant      Category       Status
   [02/23/04]  E056    TERM INC ATTACH                                          25800
   394003808           JOHNSON, DIANNA          CROSBY, BENNY J.      S            O
   VACATE TO MOE'S ONE STOP NOT SENT. DOCKET ONLY


   [02/18/04]  E010    INCOME ATTACHED                                          25834
   394003808           JOHNSON, DIANNA          CROSBY, BENNY J.      S            O
   SENT W/A TO MOE'S ONE STOP INC


   [02/18/04]  E33D    ORD FOR EARNINGS         PRESIDENT JDG ELIZABETH KELLY   25514
   394003808           JOHNSON, DIANNA          CROSBY, BENNY J.      S            O
   ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
   SENT TO DOLLAR TREE

   S--#0003:COMMAND COMPLETED

   [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

   Func:  [        ]        DHIS           Docket History              TACCONJA    09/27/05   09:53

   COUNTY:       [25]  ERIE
   DOCKET NUM:   [NS901163]                                    Multiple Cases:   [N]
   Date    Code         Description              Judge                                 Worker
   Case ID:             Plaintiff                Defendant          Category          Status
  [04/15/04] N045   CONTEMPT PET-DF                                                     GAM
   394003808        JOHNSON, DIANNA          CROSBY, BENNY J.         S                  O
  CONTEMPT PETITION ISSUED AGAINST THE DEFENDANT


  [03/26/04] E074   FINAL ORDER                                                         GAM
   394003808        JOHNSON, DIANNA          CROSBY, BENNY J.         S                  O

  FINAL ORDER - MODIFICATION NON-AGREEMENT


  [03/10/04] E006   INTERIM ORDER                                                       GAM
   394003808        JOHNSON, DIANNA          CROSBY, BENNY J.         S                  O
  INTERIM ORDER IN EFFECT (CONFERENCE OFFICER)


  S--#0003: COMMAND COMPLETED

  BACK   PREV   NEXT   ADD   CHANGE
```

```
PACSES - PRO...                                                              _ 8 X
File  Field Options  Help  Navigation Menu  PACSES Help

  Func: [        ]      DHIS          Docket History       TACCONJA    09/27/05   09:53

  COUNTY:       [25]  ERIE
  DOCKET NUM:   [NS901163]                            Multiple Cases:    [N]
   Date    Code       Description             Judge                              Worker
   Case ID:           Plaintiff               Defendant        Category          Status
  [05/06/04]  E011   GENERIC ORDER                                                25427
   394003808         JOHNSON, DIANNA          CROSBY, BENNY J.     S              O
  GENERIC ORDER FREE FORM TEXT


  [05/06/04]  N057   FINAL ORDER                                                  GAM
   394003808         JOHNSON, DIANNA          CROSBY, BENNY J.     S              O
  CONTEMPT ORDER FINAL


  [04/15/04]  N043   ORD DEF TO APPEAR        JUDGE MICHAEL DUNLAVEY              25733
   394003808         JOHNSON, DIANNA          CROSBY, BENNY J.     S              O
  DEFENDANT SCHEDULED FOR A CONTEMPT HEARING ON XX/XX/XX


  S--#0003: COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

```
PACSES - PR...                                                              _ |&| x|
File  Field Options  Help  Navigation Menu  PACSES Help

   Func: [        ]        DHIS         Docket History      TACCONJA   09/27/05   09:53

   COUNTY:       [25]  ERIE
   DOCKET NUM:   [NS901163]                          Multiple Cases:  [N]
     Date    Code       Description          Judge                           Worker
   Case ID:              Plaintiff          Defendant         Category       Status
   [07/30/04]  E34D   PET FOR MOD-DF                                          25424
   394003808          JOHNSON, DIANNA     CROSBY, BENNY J.       S              O
   DEFENDANT FILED PETITION FOR MODIFICATION-SUSPEND


   [06/09/04]  N002   BENCH WARRANT-DF                                        GAM
   394003808          JOHNSON, DIANNA     CROSBY, BENNY J.       S              O
   BENCH WARRANT ISSUED AGAINST THE DEFENDANT


   [06/04/04]  N046   APPLY FOR BW-DF                                         GAM
   394003808          JOHNSON, DIANNA     CROSBY, BENNY J.       S              O
   REQUEST FOR A HEARING TO ISSUE A BENCH WARRANT AGAINST THE DEFENDANT WAS
   FILED

   S--#0003:COMMAND COMPLETED

   [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB   Document 9-3   Filed 11/15/2005   Page 5 of 13

```
PACSES - PRO...                                                                    _ 🗗 ×
File  Field Options  Help  Navigation Menu  PACSES Help

   Func:  [          ]      DHIS          Docket History        TACCONJA    09/27/05   09:53

   COUNTY:        [25]  ERIE
   DOCKET NUM:   [NS901163]                                  Multiple Cases:   [N]
    Date    Code       Description              Judge                              Worker
   Case ID:           Plaintiff               Defendant          Category         Status
  [08/03/04]  E33D    ORD FOR EARNINGS        PRESIDENT JDG ELIZABETH KELLY        25839
   394003808          JOHNSON, DIANNA         CROSBY, BENNY J.        S            O
  ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
  NOT SENT


  [07/30/04]  N004    VACATE BW-DF                                                 GAM
   394003808          JOHNSON, DIANNA         CROSBY, BENNY J.        S            O
  ORDER TO VACATE A BENCH WARRANT AGAINST THE DEFENDANT ISSUED


  [07/30/04]  N003    APPLY TO VAC BW-DF                                           GAM
   394003808          JOHNSON, DIANNA         CROSBY, BENNY J.        S            O
  APPLICATION TO VACATE A BENCH WARRANT WAS FILED AGAINST THE DEFENDANT


  S--#0003: COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB     Document 9-3     Filed 11/15/2005     Page 6 of 13

PACSES - PRO...
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]      **DHIS**           **Docket History**          TACCONJA    09/27/05   09:53

COUNTY:        25   ERIE
DOCKET NUM:    NS901163                                    Multiple Cases:  [N]

| Date | Code | Description | Judge | | Worker |
|------|------|-------------|-------|---|--------|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 08/03/04 | E11D | ORD APPEAR-MOD DF | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 9/14/04 AT 10:30AM BAS

| 08/03/04 | E12P | ORD APPEAR-MOD PL | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 9/14/04 AT 10:30AM BAS

| 08/03/04 | E33P | ORD FOR EARNINGS | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
NOT SENT

S--#0003: COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]

```
PACSES - PRO...                                                          _ | 8 | x
File  Field Options  Help  Navigation Menu  PACSES Help

   Func: [          ]      DHIS          Docket History        TACCONJA    09/27/05   09:52

   COUNTY:        [25]  ERIE
   DOCKET NUM:    [NS901163]                              Multiple Cases:  [N]
      Date    Code       Description              Judge                          Worker
   Case ID:            Plaintiff               Defendant        Category        Status
 [09/15/04]  E024     MOD PET-PRO SE DEF                                          GAM
   394003808          JOHNSON, DIANNA          CROSBY, BENNY J.     S             O
   MODIFICATION PETITION - PRO SE FILED - DEFENDANT


 [09/01/04]  E011     GENERIC ORDER                                             25832
   394003808          JOHNSON, DIANNA          CROSBY, BENNY J.     S             O

   GENERIC ORDER FREE FORM TEXT/1 TIME ATTACHMENT ORDER


 [08/05/04]  E080     OTHER PARTY ATTACH                                         GAM
   394003808          JOHNSON, DIANNA          CROSBY, BENNY J.     S             O
   ORDER OTHER PARTY TO ATTACH DEFENDANTS INCOME


   S--#0003: COMMAND COMPLETED

   BACK    PREV    NEXT    ADD    CHANGE
```

**PACSES**

File  Field Options  Help  Navigation Menu  PACSES Help

| Func: | | **DHIS** | **Docket History** | | **TACCONJA** | 09/27/05 | 09:52 |

COUNTY: 25 ERIE
DOCKET NUM: NS901163                              Multiple Cases: N

| Date | Code | Description | Judge | | Category | | Worker Status |
|------|------|-------------|-------|--|----------|--|---------------|
| | | Plaintiff | Defendant | | | | |
| 09/16/04 | E074 | FINAL ORDER | | | | | GAM |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | | S | | O |

FINAL ORDER - MODIFICATION NON-AGREEMENT

| 09/15/04 | E069 | MODIFY EMPL ATTACH | | | | | GAM |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | | S | | O |

ORDERED EMPLOYER TO MODIFY INCOME ATTACHMENT

| 09/15/04 | E006 | INTERIM ORDER | | | | | GAM |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | | S | | O |

INTERIM ORDER IN EFFECT (CONFERENCE OFFICER)

S--#0003:COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE

```
PACSES - PR...                                                                          _ □ ×
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]        DHIS           Docket History        TACCONJA    09/27/05   09:52

   COUNTY:        [ 25 ]  ERIE
   DOCKET NUM:    [ NS901163 ]                          Multiple Cases:   [ N ]
   Date    Code      Description                Judge                            Worker
   Case ID:          Plaintiff                  Defendant         Category       Status
```

| Date | Code | Description | Judge | Plaintiff | Defendant | Category | Worker / Status |
|---|---|---|---|---|---|---|---|
| 02/28/05 | E056 | TERM INC ATTACH | | | | | GAM |
| 394003808 | | | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER EMPLOYER TO TERMINATE INCOME ATTACHMENT

| 02/03/05 | E010 | INCOME ATTACHED | | | | | 25733 |
| 394003808 | | | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORIG ATTACHMENT TO CHUCK & GINNY'S PLACE FOR 445.67 M/ ALL CASES MAILED.

| 01/28/05 | E11D | ORD APPEAR-MOD DF | PRESIDENT JDG ELIZABETH KELLY | | | | 25839 |
| 394003808 | | | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 3/08/05 AT 2:00PM BAS

```
S--#0003:COMMAND COMPLETED

[ BACK ]  [ PREV ]  [ NEXT ]  [ ADD ]  [ CHANGE ]
```

**PACSES - PR...**
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [          ]    **DHIS**    Docket History    TACCONJA    09/27/05    09:52

COUNTY: [25] ERIE
DOCKET NUM: [NS901163]    Multiple Cases: [N]

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 09/16/04 | E006 | INTERIM ORDER | | | GAM |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

INTERIM ORDER IN EFFECT (CONFERENCE OFFICER)

| 09/16/04 | E024 | MOD PET-PRO SE DEF | | | GAM |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

MODIFICATION PETITION - PRO SE FILED - DEFENDANT

| 09/16/04 | E006 | INTERIM ORDER | | | GAM |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

INTERIM ORDER IN EFFECT (CONFERENCE OFFICER)

S-#0003: COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]

```
PACSES - PR
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]        DHIS            Docket History            TACCONJA    09/27/05   09:52

  COUNTY:        [25]  ERIE
  DOCKET NUM:  [NS901163]                              Multiple Cases:  [N]
   Date    Code       Description              Judge                              Worker
   Case ID:           Plaintiff            Defendant          Category             Status
 [01/21/05]  E010    INCOME ATTACHED                                              25511
  394003808           JOHNSON, DIANNA       CROSBY, BENNY J.       S               O
WA SENT TO CHUCK & GINNY'S FOR $230/M- $445.67 ALL CASES.


 [01/21/05]  E082    TERM OTHP ATTACH                                             25427
  394003808           JOHNSON, DIANNA       CROSBY, BENNY J.       S               O
VACATE W/A TO WORK RELEASE DOCKET ONLY.



 [09/29/04]  E074    FINAL ORDER                                                  GAM
  394003808           JOHNSON, DIANNA       CROSBY, BENNY J.       S               O
FINAL ORDER - MODIFICATION NON-AGREEMENT


S--#0003 COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE
```

**PACSES - PR...**

File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]   **DHIS**   Docket History   TACCONJA   09/27/05   09:52

COUNTY: [25] ERIE
DOCKET NUM: [NS901163]   Multiple Cases: [N]

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 01/28/05 | E12P | ORD APPEAR-MOD PL | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 3/08/05 AT 2:00PM BAS

| 01/28/05 | E33D | ORD FOR EARNINGS | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
|---|---|---|---|---|---|
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
NOT SENT

| 01/26/05 | E34D | PET FOR MOD-DF | | | 25210 |
|---|---|---|---|---|---|
| 394003808 | | JOHNSON, DIANNA | CROSBY, BENNY J. | S | O |

DEFENDANT FILED PETITION FOR MODIFICATION-REDUCTION WHILE IN PRE-RELEASE

S--#0003: COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE