PACSES - PRO...

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 03/08/05 | E072 | FINAL ORDER | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

FINAL ORDER - MODIFICATION AGREEMENT

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 03/08/05 | E015 | VACATE SUPPORT ORD | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 02/28/05 | E056 | TERM INC ATTACH | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER EMPLOYER TO TERMINATE INCOME ATTACHMENT

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PR

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 02/03/05 | E010 | INCOME ATTACHED | | | 25733 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORIG ATTACHMENT TO CHUCK & GINNY'S PLACE FOR 445.67 M/ ALL CASES MAILED.

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| 01/28/05 | E11D | ORD APPEAR-MOD DF | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 3/08/05 AT 8:30AM BAS

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| 01/28/05 | E12P | ORD APPEAR-MOD PL | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 3/08/05 AT 8:30AM MRM

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 01/28/05 | E33D | ORD FOR EARNINGS | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 01/26/05 | E34D | PET FOR MOD-DF | | | 25210 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

DEFENDANT FILED PETITION FOR MODIFICATION-REDUCE PYMT ON ARRS

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 01/21/05 | E010 | INCOME ATTACHED | | | 25511 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

WA SENT TO CHUCK & GINNY'S FOR $65/M- $445.67 ALL CASES.

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PR[illegible]

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 01/21/05 | E082 | TERM OTHP ATTACH | | | 25427 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

VACATE W/A TO WORK RELEASE DOCKET ONLY.

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 09/15/04 | E056 | TERM INC ATTACH | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER EMPLOYER TO TERMINATE INCOME ATTACHMENT

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 09/15/04 | E072 | FINAL ORDER | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

FINAL ORDER - MODIFICATION AGREEMENT

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PR...

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
| --- | --- | --- | --- | --- | --- |
| 09/15/04 | E015 | VACATE SUPPORT ORD | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |
| CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER | | | | | |
| 09/01/04 | E011 | GENERIC ORDER | | | 25832 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |
| GENERIC ORDER FREE FORM TEXT/1 TIME ATTACHMENT ORDER | | | | | |
| 08/05/04 | E080 | OTHER PARTY ATTACH | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |
| ORDER OTHER PARTY TO ATTACH DEFENDANTS INCOME | | | | | |

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PRO...

File Field Options Help Navigation Menu PACSES Help

Func: [ ] **DHIS** **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 08/03/04 | E11D | ORD APPEAR-MOD DF | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 9/14/04 AT 9:30AM BAS

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 08/03/04 | E12P | ORD APPEAR-MOD PL | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 9/14/04 AT 9:30AM BAS

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 08/03/04 | E33D | ORD FOR EARNINGS | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA

NOT SENT

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PR...

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 07/30/04 | N004 | VACATE BW-DF | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

ORDER TO VACATE A BENCH WARRANT AGAINST THE DEFENDANT ISSUED

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 07/30/04 | N003 | APPLY TO VAC BW-DF | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

APPLICATION TO VACATE A BENCH WARRANT WAS FILED AGAINST THE DEFENDANT

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 07/30/04 | E34D | PET FOR MOD-DF | | | 25220 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

DEFENDANT FILED PETITION FOR MODIFICATION TO SUSPEND

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PR...

File Field Options Help Navigation Menu PACSES Help

Func: | **DHIS** | **Docket History** | **TACCONJA** | **09/27/05** | **10:03**

COUNTY: 25 ERIE

DOCKET NUM: NS932458 — Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 06/09/04 | N002 | BENCH WARRANT-DF | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

BENCH WARRANT ISSUED AGAINST THE DEFENDANT

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 06/04/04 | N046 | APPLY FOR BW-DF | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

REQUEST FOR A HEARING TO ISSUE A BENCH WARRANT AGAINST THE DEFENDANT WAS FILED

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 05/06/04 | E011 | GENERIC ORDER | | | 25427 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

GENERIC ORDER FREE FORM TEXT

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PRO[illegible]

File Field Options Help Navigation Menu PACSES Help

Func: DHIS Docket History TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 05/06/04 | N057 | FINAL ORDER | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |
| CONTEMPT ORDER FINAL | | | | | |
| 04/15/04 | E33D | ORD FOR EARNINGS | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |
| ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA | | | | | |
| 04/15/04 | N043 | ORD DEF TO APPEAR | JUDGE MICHAEL DUNLAVEY | | 25733 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |
| DEFENDANT SCHEDULED FOR A CONTEMPT HEARING ON XX/XX/XX | | | | | |

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PR...

File Field Options Help Navigation Menu PACSES Help

Func: DHIS **Docket History** TACCONJA 09/27/05 10:03

COUNTY: 25 ERIE

DOCKET NUM: NS932458 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 04/15/04 | N045 | CONTEMPT PET-DF | | | GAM |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

CONTEMPT PETITION ISSUED AGAINST THE DEFENDANT

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 02/23/04 | E056 | TERM INC ATTACH | | | 25800 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

VACATE TO MOE'S ONE STOP NOT SENT. DOCKET ONLY

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 02/18/04 | E010 | INCOME ATTACHED | | | 25834 |
| 969003800 | | JORDAN, SANDRA J. | CROSBY, BENNY J. | S | O |

SENT W/A TO MOE'S ONE STOP INC

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE