PACSES - PR...     _ | &#2717; | ×

File   Field Options   Help   Navigation Menu   PACSES Help

| Func: | | **DHIS** | Docket History | TACCONJA | 09/27/05 | 09:56 |
|---|---|---|---|---|---|---|

| COUNTY: | 25 ERIE | | | |
|---|---|---|---|---|
| DOCKET NUM: | NS982214 | | Multiple Cases: | N |

| Date | Code | Description | Judge | | | Worker |
|---|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | | Status |
| 03/08/05 | E072 | FINAL ORDER | | | | GAM |
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | | O |

FINAL ORDER - MODIFICATION AGREEMENT

| 03/08/05 | E015 | VACATE SUPPORT ORD | | | | GAM |
|---|---|---|---|---|---|---|
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | | O |

CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER

| 02/28/05 | E056 | TERM INC ATTACH | | | | GAM |
|---|---|---|---|---|---|---|
| 599003830 | | ERIE CO CY | CROSBY, BENNY J. | S | | O |

ORDER EMPLOYER TO TERMINATE INCOME ATTACHMENT

S--#0003: COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]

```
PACSES - PR...                                                                              _ | 8 | x
File  Field Options  Help  Navigation Menu  PACSES Help

    Func: [        ]        DHIS              Docket History        TACCONJA   09/27/05   09:56

    COUNTY:        [25]  ERIE
    DOCKET NUM:    [NS982214]                            Multiple Cases:   [N]
     Date    Code        Description              Judge                            Worker
     Case ID:           Plaintiff                 Defendant         Category       Status
   [02/03/05]  E010    INCOME ATTACHED                                              25733
    599003830          ERIE CO C&Y               CROSBY, BENNY J.      S             O
   ORIG ATTACHMENT TO CHUCK & GINNY'S PLACE FOR 445.67 M/ ALL CASES MAILED.


   [01/28/05]  E11D    ORD APPEAR-MOD DF         PRESIDENT JDG ELIZABETH KELLY      25839
    599003830          ERIE CO C&Y               CROSBY, BENNY J.      S             O
   ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 3/08/05 AT 9:30AM BAS


   [01/28/05]  E12P    ORD APPEAR-MOD PL         PRESIDENT JDG ELIZABETH KELLY      25839
    599003830          ERIE CO CY                CROSBY, BENNY J.      S             O
   ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 3/08/05 AT 9:30AM BAS


   S--#0003: COMMAND COMPLETED

   [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB   Document 9-5   Filed 11/15/2005   Page 2 of 10

```
PACSES - PROCESSES
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]      DHIS          Docket History          TACCONJA    09/27/05   09:56

COUNTY:         [25]  ERIE
DOCKET NUM:     NS982214                              Multiple Cases:  [N]
  Date    Code       Description              Judge                        Worker
  Case ID:           Plaintiff                Defendant       Category    Status
[01/28/05]  E33D    ORD FOR EARNINGS         PRESIDENT JDG ELIZABETH KELLY  25839
 599003830          ERIE CO C&Y              CROSBY, BENNY J.     S         O
ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
NOT SENT

[01/26/05]  E34D    PET FOR MOD-DF                                          25210
 599003830          ERIE CO C&Y              CROSBY, BENNY J.     S         O
DEFENDANT FILED PETITION FOR MODIFICATION-REDUCE PYMT ON ARRS


[01/21/05]  E010    INCOME ATTACHED                                         25511
 599003830          ERIE CO CY               CROSBY, BENNY J.     S         O
WA SENT TO CHUCK & GINNY'S FOR $86.67/M- $445.67 ALL CASES.

S--#0003: COMMAND COMPLETED

[BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB  Document 9-5  Filed 11/15/2005  Page 3 of 10

PACSES - PROCESSES
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]      DHIS          Docket History          TACCONJA    09/27/05   09:56

COUNTY:         [25]  ERIE
DOCKET NUM:     NS982214                              Multiple Cases:  [N]
  Date    Code       Description              Judge                        Worker
  Case ID:           Plaintiff                Defendant       Category    Status
[01/28/05]  E33D    ORD FOR EARNINGS         PRESIDENT JDG ELIZABETH KELLY  25839
 599003830          ERIE CO C&Y              CROSBY, BENNY J.     S         O

**PACSES - PR**...

File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]        **DHIS**              Docket History              TACCONJA    09/27/05    09:56

COUNTY:        [25]  ERIE
DOCKET NUM:    [NS982214]                                    Multiple Cases: [N]

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 01/21/05 | E082 | TERM OTHP ATTACH | | | 25427 |
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | O |

VACATE W/A TO WORK RELEASE DOCKET ONLY.

| 09/15/04 | E069 | MODIFY EMPL ATTACH | | | GAM |
|---|---|---|---|---|---|
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | O |

ORDERED EMPLOYER TO MODIFY INCOME ATTACHMENT

| 09/15/04 | E072 | FINAL ORDER | | | GAM |
|---|---|---|---|---|---|
| 599003830 | | ERIE CO CY | CROSBY, BENNY J. | S | O |

FINAL ORDER - MODIFICATION AGREEMENT

S--#0003: COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]

```
PACSES - PR...                                                                          _ | 日 | ×
File  Field Options  Help  Navigation Menu  PACSES Help

   Func:  [        ]      DHIS              Docket History         TACCONJA    09/27/05    09:56

   COUNTY:         25    ERIE
   DOCKET NUM:    NS982214                                Multiple Cases:    [N]
   Date    Code         Description            Judge                              Worker
   Case ID:             Plaintiff              Defendant         Category         Status
   09/15/04  E015    VACATE SUPPORT ORD                                           GAM
   599003830         ERIE CO C&Y          CROSBY, BENNY J.         S               O
   CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER


   09/01/04  E011    GENERIC ORDER                                                25832
   599003830         ERIE CO C&Y          CROSBY, BENNY J.         S               O
   GENERIC ORDER FREE FORM TEXT/1 TIME ATTACHMENT ORDER


   09/01/04  E011    GENERIC ORDER                                                25832
   599003830         ERIE CO CY           CROSBY, BENNY J.         S               O
   GENERIC ORDER FREE FORM TEXT/ERROR


   S--#0003 COMMAND COMPLETED


   BACK   PREV   NEXT   ADD   CHANGE
```

Case 1:05-cv-00094-SJM-SPB   Document 9-5   Filed 11/15/2005   Page 5 of 10

**DHIS** — Docket History — TACCONJA  09/27/05  09:56

Func: 

COUNTY: 25 ERIE
DOCKET NUM: NS982214  Multiple Cases: N

| Date | Code | Description | Judge | | Worker |
|------|------|-------------|-------|---|--------|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 08/05/04 | E080 | OTHER PARTY ATTACH | | | GAM |
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | O |

ORDER OTHER PARTY TO ATTACH DEFENDANTS INCOME

| 08/03/04 | E11D | ORD APPEAR-MOD DF | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
|---|---|---|---|---|---|
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 9/14/04 AT 9:30AM BAS

| 08/03/04 | E12P | ORD APPEAR-MOD PL | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
|---|---|---|---|---|---|
| 599003830 | | ERIE CO CY | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 9/14/04 AT 9:30AM BAS

S--#0003 COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]

```
PACSES - PR...                                                                    _ □ ×
File  Field Options  Help  Navigation Menu  PACSES Help

   Func: [        ]        DHIS          Docket History         TACCONJA    09/27/05    09:56

   COUNTY:          [25]  ERIE
   DOCKET NUM:      [NS982214]                         Multiple Cases:   [N]
   Date    Code         Description              Judge                          Worker
   Case ID:             Plaintiff                Defendant        Category      Status
 [08/03/04]  E33D     ORD FOR EARNINGS           PRESIDENT JDG ELIZABETH KELLY  25839
  599003830           ERIE CO C&Y                CROSBY, BENNY J.     S           O
 ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
 NOT SENT


 [07/30/04]  N004     VACATE BW-DF                                             GAM
  599003830           ERIE CO C&Y                CROSBY, BENNY J.     S           O
 ORDER TO VACATE A BENCH WARRANT AGAINST THE DEFENDANT ISSUED



 [07/30/04]  N003     APPLY TO VAC BW-DF                                       GAM
  599003830           ERIE CO CY                 CROSBY, BENNY J.     S           O
 APPLICATION TO VACATE A BENCH WARRANT WAS FILED AGAINST THE DEFENDANT


 S--#0003:COMMAND COMPLETED

 [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB   Document 9-5   Filed 11/15/2005   Page 7 of 10

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]      DHIS           Docket History          TACCONJA   09/27/05   09:56

COUNTY:       [25] ERIE
DOCKET NUM:   [NS982214]                              Multiple Cases:  [N]
  Date    Code        Description         Judge                           Worker
  Case ID:            Plaintiff           Defendant      Category         Status
07/30/04  E34D   PET FOR MOD-DF                                           25424
599003830         ERIE CO C&Y         CROSBY, BENNY J.      S              O
DEFENDANT FILED PETITION FOR MODIFICATION-SUSPEND


06/09/04  N002   BENCH WARRANT-DF                                          GAM
599003830         ERIE CO C&Y         CROSBY, BENNY J.      S              O
BENCH WARRANT ISSUED AGAINST THE DEFENDANT


06/04/04  N046   APPLY FOR BW-DF                                           GAM
599003830         ERIE CO CY          CROSBY, BENNY J.      S              O
REQUEST FOR A HEARING TO ISSUE A BENCH WARRANT AGAINST THE DEFENDANT WAS
FILED

S--#0003 COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE]
```

PACSES - PR... Case 1:05-cv-00094-SJM-SPB   Document 9-5   Filed 11/15/2005   Page 8 of 10
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]      DHIS           Docket History          TACCONJA   09/27/05   09:56

COUNTY:       [25] ERIE
DOCKET NUM:   [NS982214]                              Multiple Cases:  [N]
  Date    Code        Description         Judge                           Worker
  Case ID:            Plaintiff           Defendant      Category         Status
07/30/04  E34D   PET FOR MOD-DF                                           25424
599003830         ERIE CO C&Y         CROSBY, BENNY J.      S              O
DEFENDANT FILED PETITION FOR MODIFICATION-SUSPEND

PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

| Func: | | **DHIS** | Docket History | TACCONJA | 09/27/05 | 09:56 |

COUNTY: 25 ERIE
DOCKET NUM: NS982214                                    Multiple Cases: N

| Date | Code | Description | Judge | | Worker |
|------|------|-------------|-------|--|--------|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 05/06/04 | E011 | GENERIC ORDER | | | 25427 |
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | O |

GENERIC ORDER FREE FORM TEXT

| 05/06/04 | N057 | FINAL ORDER | | | GAM |
| 599003830 | | ERIE CO C&Y | CROSBY, BENNY J. | S | O |

CONTEMPT ORDER FINAL

| 04/15/04 | N043 | ORD DEF TO APPEAR | JUDGE MICHAEL DUNLAVEY | | 25733 |
| 599003830 | | ERIE CO CY | CROSBY, BENNY J. | S | O |

DEFENDANT SCHEDULED FOR A CONTEMPT HEARING ON XX/XX/XX

S--#0003: COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE

PACSES - PR... Case 1:05-cv-00094-SJM-SPB   Document 9-5   Filed 11/15/2005   Page 9 of 10
File  Field Options  Help  Navigation Menu  PACSES Help

Func:    DHIS    Docket History    TACCONJA    09/27/05    09:56

COUNTY: 25 ERIE
DOCKET NUM: NS982214    Multiple Cases: N

Date  Code  Description  Judge  Worker
Case ID:    Plaintiff    Defendant    Category    Status
05/06/04  E011  GENERIC ORDER        25427
599003830      ERIE CO C&Y    CROSBY, BENNY J.    S    O

GENERIC ORDER FREE FORM TEXT

05/06/04  N057  FINAL ORDER        GAM
599003830      ERIE CO C&Y    CROSBY, BENNY J.    S    O

CONTEMPT ORDER FINAL

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

  Func: [        ]      DHIS           Docket History         TACCONJA    09/27/05   09:56

  COUNTY:         [25]  ERIE
  DOCKET NUM:     [NS982214]                          Multiple Cases:  [N]
    Date    Code        Description          Judge                              Worker
  Case ID:              Plaintiff            Defendant       Category           Status
  [04/15/04]  N045    CONTEMPT PET-DF                                           GAM
  599003830           ERIE CO C&Y           CROSBY, BENNY J.     S              O
  CONTEMPT PETITION ISSUED AGAINST THE DEFENDANT


  [02/23/04]  E056    TERM INC ATTACH                                           25800
  599003830           ERIE CO C&Y           CROSBY, BENNY J.     S              O
  VACATE TO MOE'S ONE STOP NOT SENT. DOCKET ONLY


  [02/18/04]  E010    INCOME ATTACHED                                           25834
  599003830           ERIE CO CY            CROSBY, BENNY J.     S              O
  SENT W/A TO MOS'E ONE STOP INC


  S--#0003: COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```