```
PACSES - PROCESS...                                                          _ | 日 | ×
File  Field Options  Help  Navigation Menu  PACSES Help

  Func: [        ]        DHIS        Docket History       TACCONJA    09/26/05   15:08

  COUNTY:        [25]  ERIE
  DOCKET NUM:    [NS982282]                              Multiple Cases:  [N]
   Date    Code         Description              Judge                         Worker
   Case ID:             Plaintiff                Defendant        Category     Status
  [03/08/05]  E072    FINAL ORDER                                              GAM
   753004048          PULLIUM, TATANISHA       CROSBY, BENNY J.      S         O
  FINAL ORDER - MODIFICATION AGREEMENT


  [03/08/05]  E015    VACATE SUPPORT ORD                                       GAM
   753004048          PULLIUM, TATANISHA       CROSBY, BENNY J.      S         O
  CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER


  [02/28/05]  E056    TERM INC ATTACH                                          GAM
   753004048          PULLIUM, TATANISHA       CROSBY, BENNY J.      S         O
  ORDER EMPLOYER TO TERMINATE INCOME ATTACHMENT


  S--#0003:COMMAND COMPLETED

  [ BACK ]  [ PREV ]  [ NEXT ]  [ ADD ]  [ CHANGE ]
```

**PACSES - PR...**

File  Field Options  Help  Navigation Menu  PACSES Help

| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:08 |

COUNTY: 25 ERIE
DOCKET NUM: NS982282          Multiple Cases: N

| Date | Code | Description | Judge | | Worker |
|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 02/03/05 | E010 | INCOME ATTACHED | | | 25733 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | O |

ORIG ATTACHMENT TO CHUCK & GINNY'S PLACE FOR 445.67 M/ ALL CASES MAILED.

| 01/28/05 | E11D | ORD APPEAR-MOD DF | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE DEF/PETITIONER ON 3/08/05 AT 10:30AM BAS

| 01/28/05 | E12P | ORD APPEAR-MOD PL | PRESIDENT JDG ELIZABETH KELLY | | 25839 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | O |

ORDER TO APPEAR AT A MOD CONFERENCE PLT/RESPONDENT ON 3/08/05 AT 10:30AM BAS

S--#0003:COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE

Case 1:05-cv-00094-SJM-SPB    Document 9-6    Filed 11/15/2005    Page 2 of 12

File  Field Options  Help  Navigation Menu  PACSES Help

Func:  DHIS  Docket History  TACCONJA  09/26/05  15:08

COUNTY: 25 ERIE
DOCKET NUM: NS982282          Multiple Cases: N

Date  Code  Description  Judge  Worker
Case ID:  Plaintiff  Defendant  Category  Status
02/03/05  E010  INCOME ATTACHED  25733
753004048  PULLIUM, TATANISHA  CROSBY, BENNY J.  S  O

ORIG ATTACHMENT TO CHUCK & GINNY'S PLACE FOR 445.67 M/ ALL CASES MAILED.

```
PACSES - PR...                                                                    _ □ ×
File  Field Options  Help  Navigation Menu  PACSES Help

   Func: [        ]        DHIS           Docket History       TACCONJA   09/26/05   15:09

   COUNTY:        [25]  ERIE
   DOCKET NUM:    [NS982282]                              Multiple Cases:   [N]
   Date    Code         Description              Judge                           Worker
   Case ID:             Plaintiff                Defendant       Category        Status
  [01/28/05]  E33P    ORD FOR EARNINGS        PRESIDENT JDG ELIZABETH KELLY      25839
   753004048           PULLIUM, TATANISHA      CROSBY, BENNY J.        S           O
   ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
   NOT SENT


  [01/28/05]  E33D    ORD FOR EARNINGS        PRESIDENT JDG ELIZABETH KELLY      25839
   753004048           PULLIUM, TATANISHA      CROSBY, BENNY J.        S           O

   ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA
   NOT SENT


  [01/26/05]  E34D    PET FOR MOD-DF                                             25210
   753004048           PULLIUM, TATANISHA      CROSBY, BENNY J.        S           O
   DEFENDANT FILED PETITION FOR MODIFICATION-REDUCE PYMT ON ARRS


   S--#0003:COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB   Document 9-6   Filed 11/15/2005   Page 3 of 12

```
PACSES
File  Field Options  Help  Navigation Menu  PACSES Help
```

| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:09 |
|---|---|---|---|---|---|---|

COUNTY: 25 ERIE
DOCKET NUM: NS982282           Multiple Cases: N

| Date | Code | Description | Judge | | | Worker |
|---|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | | Category | Status |
| 01/21/05 | E010 | INCOME ATTACHED | | | | 25511 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

WA SENT TO CHUCK & GINNY'S FOR $42/M- $445.67 ALL CASES.

| 01/21/05 | E082 | TERM OTHP ATTACH | | | | 25427 |
|---|---|---|---|---|---|---|
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

VACATE W/A TO WORK RELEASE DOCKET ONLY.

| 09/22/04 | E072 | FINAL ORDER | | | | GAM |
|---|---|---|---|---|---|---|
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

FINAL ORDER - MODIFICATION AGREEMENT

```
S--#0003:COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE
```

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

  Func: [       ]        DHIS           Docket History         TACCONJA    09/26/05   15:09

  COUNTY:       [25]  ERIE
  DOCKET NUM:   [NS982282]                        Multiple Cases:  [N]
  Date    Code        Description          Judge                              Worker
  Case ID:            Plaintiff            Defendant        Category          Status
  [09/22/04]  E015   VACATE SUPPORT ORD                                       GAM
  753004048          PULLIUM, TATANISHA    CROSBY, BENNY J.     S             O
  CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER


  [09/22/04]  E024   MOD PET-PRO SE DEF                                       GAM
  753004048          PULLIUM, TATANISHA    CROSBY, BENNY J.     S             O
  MODIFICATION PETITION - PRO SE FILED - DEFENDANT


  [09/15/04]  E069   MODIFY EMPL ATTACH                                       GAM
  753004048          PULLIUM, TATANISHA    CROSBY, BENNY J.     S             O
  ORDERED EMPLOYER TO MODIFY INCOME ATTACHMENT


  S--#0003:COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

```
PACSES - PR...                                                              _ | 8 | x
File  Field Options  Help  Navigation Menu  PACSES Help

  Func: [         ]      DHIS           Docket History        TACCONJA    09/26/05    15:09

  COUNTY:        [25]  ERIE
  DOCKET NUM:    [NS982282]                              Multiple Cases:   [N]
    Date    Code         Description              Judge                            Worker
    Case ID:             Plaintiff                Defendant          Category      Status
  [09/15/04]  E072   FINAL ORDER                                                    GAM
   753004048         PULLIUM, TATANISHA       CROSBY, BENNY J.          S            O
  FINAL ORDER - MODIFICATION AGREEMENT


  [09/15/04]  E023   MOD PET-PRO SE PL                                              GAM
   753004048         PULLIUM, TATANISHA       CROSBY, BENNY J.          S            O

  MODIFICATION PETITION - PRO SE FILED - PLAINTIFF


  [09/15/04]  E072   FINAL ORDER                                                    GAM
   753004048         PULLIUM, TATANISHA       CROSBY, BENNY J.          S            O
  FINAL ORDER - MODIFICATION AGREEMENT


  S--#0003: COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

Case 1:05-cv-00094-SJM-SPB   Document 9-6   Filed 11/15/2005   Page 6 of 12

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

    Func: [         ]        DHIS              Docket History          TACCONJA    09/26/05   15:09

    COUNTY:        25  ERIE
    DOCKET NUM:    NS982282                                    Multiple Cases:  [N]
    Date    Code           Description              Judge                              Worker
    Case ID:               Plaintiff                Defendant         Category         Status
  [09/15/04]  E015    VACATE SUPPORT ORD                                                GAM
   753004048           PULLIUM, TATANISHA      CROSBY, BENNY J.          S               O
  CONSENT ORDER TO VACATE/SUSPEND/TERMINATE A SUPPORT ORDER


  [09/14/04]  N022    UC MOD ATTACHMENT                                                 GAM
   753004048           PULLIUM, TATANISHA      CROSBY, BENNY J.          S               O
  UNEMPLOYMENT COMPENSATION ATTACHMENT ORDER TO MODIFY ISSUED


  [09/14/04]  N022    UC MOD ATTACHMENT                                                 GAM
   753004048           PULLIUM, TATANISHA      CROSBY, BENNY J.          S               O
  UNEMPLOYMENT COMPENSATION ATTACHMENT ORDER TO MODIFY ISSUED


  S--#0003: COMMAND COMPLETED

  [BACK]  [PREV]  [NEXT]  [ADD]  [CHANGE]
```

PACSES - PRODUCTION

File  Field Options  Help  Navigation Menu  PACSES Help

| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:09 |

COUNTY: 25 ERIE
DOCKET NUM: NS982282                     Multiple Cases: N

| Date | Code | Description | Judge | | | Worker |
|---|---|---|---|---|---|---|
| Case ID: | | Plaintiff | Defendant | Category | | Status |
| 09/14/04 | E081 | MODIFY OTHP ATTACH | | | | GAM |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | | O |

ORDER OTHER PARTY TO MODIFY ATTACHMENT

| 09/14/04 | E069 | MODIFY EMPL ATTACH | | | | 25203 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | | O |

MOD W/A SENT TO DOLLAR TREE STORES INC FOR $ 42.00/ - $ 485.67/M ALL CASES

| 09/01/04 | E011 | GENERIC ORDER | | | | 25832 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | | O |

GENERIC ORDER FREE FORM TEXT/ONE TIME ATTACHMENT

S--#0003:COMMAND COMPLETED

[ BACK ] [ PREV ] [ NEXT ] [ ADD ] [ CHANGE ]

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [          ]          DHIS          Docket History          TACCONJA   09/26/05   15:09

COUNTY:        [25]  ERIE
DOCKET NUM:    [NS982282]                              Multiple Cases:   [N]
  Date    Code         Description              Judge                         Worker
  Case ID:             Plaintiff                Defendant        Category     Status
 08/05/04  E080    OTHER PARTY ATTACH                                          GAM
 753004048         PULLIUM, TATANISHA         CROSBY, BENNY J.      S           O
ORDER OTHER PARTY TO ATTACH DEFENDANTS INCOME


 07/30/04  N004    VACATE BW-DF                                                GAM
 753004048         PULLIUM, TATANISHA         CROSBY, BENNY J.      S           O
ORDER TO VACATE A BENCH WARRANT AGAINST THE DEFENDANT ISSUED


 07/30/04  N003    APPLY TO VAC BW-DF                                          GAM
 753004048         PULLIUM, TATANISHA         CROSBY, BENNY J.      S           O
APPLICATION TO VACATE A BENCH WARRANT WAS FILED AGAINST THE DEFENDANT


S--#0003:COMMAND COMPLETED

BACK   PREV   NEXT   ADD   CHANGE
```

Case 1:05-cv-00094-SJM-SPB   Document 9-6   Filed 11/15/2005   Page 9 of 12

```
PACSES - PR...
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [          ]          DHIS          Docket History          TACCONJA   09/26/05   15:09

COUNTY:        [25]  ERIE
DOCKET NUM:    [NS982282]                              Multiple Cases:   [N]
  Date    Code         Description              Judge                         Worker
  Case ID:             Plaintiff                Defendant        Category     Status
 08/05/04  E080    OTHER PARTY ATTACH                                          GAM
 753004048         PULLIUM, TATANISHA         CROSBY, BENNY J.      S           O
ORDER OTHER PARTY TO ATTACH DEFENDANTS INCOME


 07/30/04  N004    VACATE BW-DF                                                GAM
 753004048         PULLIUM, TATANISHA         CROSBY, BENNY J.      S           O
ORDER TO VACATE A BENCH WARRANT AGAINST THE DEFENDANT ISSUED
```

PACSES - PR... | | | | | | _|&|x|
--- | --- | --- | --- | --- | --- | ---
File  Field Options  Help  Navigation Menu  PACSES Help | | | | | | |

| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:09 |
|---|---|---|---|---|---|---|

| COUNTY: | 25 | ERIE | | | | |
|---|---|---|---|---|---|---|
| DOCKET NUM: | NS982282 | | | Multiple Cases | N | |
| Date | Code | Description | Judge | | | Worker |
| Case ID: | | Plaintiff | Defendant | | Category | Status |
| 07/30/04 | E34D | PET FOR MOD-DF | | | | 25220 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

DEFENDANT FILED PETITION FOR MODIFICATION TO SUSPEND

| 06/09/04 | N002 | BENCH WARRANT-DF | | | | GAM |
|---|---|---|---|---|---|---|
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

BENCH WARRANT ISSUED AGAINST THE DEFENDANT

| 06/04/04 | N046 | APPLY FOR BW-DF | | | | GAM |
|---|---|---|---|---|---|---|
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

REQUEST FOR A HEARING TO ISSUE A BENCH WARRANT AGAINST THE DEFENDANT WAS FILED

S--#0003:COMMAND COMPLETED

BACK | PREV | NEXT | ADD | CHANGE

Case 1:05-cv-00094-SJM-SPB   Document 9-6   Filed 11/15/2005   Page 10 of 12

PACSES - PR...

File  Field Options  Help  Navigation Menu  PACSES Help

Func:   DHIS   Docket History   TACCONJA   09/26/05   15:09

COUNTY: 25 ERIE
DOCKET NUM: NS982282           Multiple Cases  N
Date  Code  Description        Judge                        Worker
Case ID:    Plaintiff          Defendant      Category      Status
07/30/04  E34D  PET FOR MOD-DF                              25220
753004048       PULLIUM, TATANISHA   CROSBY, BENNY J.   S   O
DEFENDANT FILED PETITION FOR MODIFICATION TO SUSPEND

**PACSES - PR...**

File  Field Options  Help  Navigation Menu  PACSES Help

| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:09 |

COUNTY: 25 ERIE
DOCKET NUM: NS982282         Multiple Cases: N

| Date | Code | Description | Judge | | Worker |
| Case ID: | | Plaintiff | Defendant | Category | Status |
| 05/06/04 | E011 | GENERIC ORDER | | | 25427 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | O |

GENERIC ORDER FREE FORM TEXT

| 05/06/04 | N057 | FINAL ORDER | | | GAM |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | O |

CONTEMPT ORDER FINAL

| 04/20/04 | E33D | ORD FOR EARNINGS | | | GAM |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | S | O |

ORDER FOR EARNINGS REPORT, HEALTH INSURANCE INFORMATION AND SUBPOENA

S--#0003: COMMAND COMPLETED

BACK  PREV  NEXT  ADD  CHANGE

| | | | | | | |
|---|---|---|---|---|---|---|
| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:09 |

COUNTY: 25 ERIE
DOCKET NUM: NS982282        Multiple Cases: N

| Date | Code | Description | Judge | | | Worker |
| --- | --- | --- | --- | --- | --- | --- |
| Case ID: | | Plaintiff | Defendant | | Category | Status |
| 04/15/04 | N043 | ORD DEF TO APPEAR | JUDGE MICHAEL DUNLAVEY | | | 25733 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

DEFENDANT SCHEDULED FOR A CONTEMPT HEARING ON XX/XX/XX

| 04/15/04 | N045 | CONTEMPT PET-DF | | | | GAM |
| --- | --- | --- | --- | --- | --- | --- |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

CONTEMPT PETITION ISSUED AGAINST THE DEFENDANT

| 02/23/04 | E056 | TERM INC ATTACH | | | | 25800 |
| --- | --- | --- | --- | --- | --- | --- |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

VACATE TO MOE'S ONE STOP NOT SENT. DOCKET ONLY

S--#0003: COMMAND COMPLETED

BACK    PREV    NEXT    ADD    CHANGE

Case 1:05-cv-00094-SJM-SPB    Document 9-6    Filed 11/15/2005    Page 12 of 12

| Func: | | **DHIS** | Docket History | TACCONJA | 09/26/05 | 15:09 |
| --- | --- | --- | --- | --- | --- | --- |

COUNTY: 25 ERIE
DOCKET NUM: NS982282

| Date | Code | Description | Judge | | | Worker |
| --- | --- | --- | --- | --- | --- | --- |
| Case ID: | | Plaintiff | Defendant | | Category | Status |
| 04/15/04 | N043 | ORD DEF TO APPEAR | JUDGE MICHAEL DUNLAVEY | | | 25733 |
| 753004048 | | PULLIUM, TATANISHA | CROSBY, BENNY J. | | S | O |

DEFENDANT SCHEDULED FOR A CONTEMPT HEARING ON XX/XX/XX