UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

March 30, 2007

Erie County Domestic Relations Section
140 West Sixth Street
Erie PA  16501

    Re: Crosby v. Veshecco

    Civil Action No. 05-94 E

Dear Sir:

    I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

    Please receipt for these records on the enclosed copy of this letter.

    Very truly yours,

    ROBERT V. BARTH, JR.
    CLERK OF COURT

    By: _____
        Debra L. Mayo
        Deputy Clerk

Enclosures